## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROLYN McKEOWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-301-PRW |
| ) | (Formerly Oklahoma County |
| PAYCOM PAYROLL LLC, ) | Case No. CJ-2024-1077) |
| ) | |
| Defendant. ) | |

### NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant, Paycom Payroll, LLC ("Defendant"), hereby removes this action from the District Court of Oklahoma County, Oklahoma, where it was filed as Cause No. CJ-2024-1077, styled *Carolyn McKeown v. Paycom Payroll LLC*, to the United States District Court for the Western District of Oklahoma. As the grounds for removal, Defendant states as follows:

1. Plaintiff filed her Petition in this matter on February 20, 2024 in the District Court of Oklahoma County, Oklahoma, which is located within the Western District of Oklahoma.

2. Defendant was served with Summons and the Petition on March 6, 2024. Plaintiff's Petition is attached hereto as Exhibit "1", the Summons is attached hereto as Exhibit "2", Plaintiff's Pauper's Affidavit is attached as Exhibit "3", Plaintiff's Motion to Seal Pauper's Affidavit is attached as Exhibit "4", the Certificate of Mailing of Petition and Summons is attached as Exhibit "5", and the Petition and Summons Return Certified

Mail Receipt is attached as Exhibit "6". A Copy of the state court docket sheet is attached hereto as Exhibit "7".

3. This is a civil action over which this Court has original subject matter jurisdiction under the provisions of 28 U.S.C. § 1331. Plaintiff asserts claims for alleged violation of the Americans with Disabilities Act Amendments Act ("ADAAA"), the Age Discrimination in Employment Act ("ADEA"), Title VII of the Civil Rights Act of 1964 ("Title VII"), and the Fair Credit Reporting Act ("FRCA"). *See* Plaintiff's Petition, paragraph 16. Plaintiff's claims arise under the laws of the United States and involve issues of federal question. Therefore, this court has jurisdiction under 28 U.S.C. § 1331 and this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441.

4. This Notice of Removal is timely because it is filed within thirty (30) days from the date Defendant received a copy of the Petition. See 28 U.S.C. § 1446(b).

6. As required by 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being filed with the Clerk of the District Court of Oklahoma County, Oklahoma.

7. In accordance with LCvR 81.2, Fed. R. Civ. P. 81, and 28 U.S.C. § 1446(a), copies of all process and pleadings previously served upon Defendant, including a copy of the state court docket sheet, are attached hereto as Exhibits "1" through "7".

8. Plaintiff has filed a Motion to Seal Pauper's Affidavit in Oklahoma County District Court, but there is no hearing currently set.

WHEREFORE, Defendant removes this action to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

Respectfully submitted,

*s/Philip R. Bruce*
Philip R. Bruce, OBA #30504
Alyssa N. Lankford, OBA #33944
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Eighth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone:   (405) 235-9621
Facsimile:    (405) 235-0439
philip.bruce@mcafeetaft.com
alyssa.lankford@mcafeetaft.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 26, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

                                      *s/Philip R. Bruce*
                                      Philip R. Bruce