IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Date: April 10, 2024

CAROLYN MCKEOWN,              )
                              )
    Plaintiff,                )
                              )
vs.                           )       Case No. CIV-24-301-PRW
                              )
PAYCOM PAYROLL LLC,           )
                              )
    Defendant.                )

**ENTER ORDER:**

    Before the Court is Plaintiff's Motion for Electronic Case Filing Access (Dkt. 10) filed April 9, 2024 and Plaintiff's request that email be associated with case for electronic notifications and correspondence (Dkt. 11) filed April 10, 2024. Upon review of the filings, the Court **DENIES** the Motion for Electronic Case Filing Access (Dkt. 10) and the request that email be associated with case for electronic notifications and correspondence (Dkt. 11).


By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

                                          CARMELITA REEDER SHINN, Clerk

                                          By:   *s/Kathy Spaulding*
                                                       Deputy Clerk